**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

WILLIAM V. BYRD,                :

    Plaintiff,               :

vs.                                           :   CA 06-0634-C

MICHAEL J. ASTRUE,        :
Commissioner of Social Security,
                                           :
    Defendant.

**<u>JUDGMENT</u>**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case be remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of new and material evidence. *See Shalala v. Schaefer*, 509 U.S. 292, 292 n.2, 112 S.Ct. 2625, 2629 n.2, 125 L.Ed.2d 239 (1993). With entry of this sentence-six remand, the Court "does not rule in any way as to the correctness of the administrative determination[,]" *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 111 S.Ct. 2157, 2163, 115 L.Ed.2d 78 (1991), and therefore, plaintiff is not a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412. *See Schaefer, supra*, 509 U.S. at 297-298 & 300-302, 113 S.Ct. at 2629 & 2631-2632. "In sentence six cases,

the [EAJA] filing period does not begin until after the postremand proceedings are completed, the [Commissioner] returns to court, the court enters a final judgment, and the appeal period runs." *Melkonyan, supra*, 501 U.S. at 102, 111 S.Ct. at 2165.[1]

**DONE** this the 8th day of June, 2007.

---

**UNITED STATES MAGISTRATE JUDGE**

---

[1] Although this Court retains jurisdiction over this case, the Clerk of Court is directed to statistically close this case at this time. This case is to be statistically reopened when the defendant files an answer along with a transcript of the administrative proceedings.