**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

WILLIAM V. BYRD,                :

    Plaintiff,              :

vs.                             :        CA 06-0634-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $8,422.56 under the Equal Access to Justice Act, representing compensation for 49.35 hours of service by Clayton K. Davis, Esquire, at the cost-of-living-adjusted rate of $170.67 per hour, court costs of $350.00, and litigation expenses totaling $9.60; the total EAJA award due and owing plaintiff is $8,782.16. The filing fee portion of the EAJA award is to be reimbursed from the Judgment Fund administered by the United

States Department of Treasury.

      **DONE** this the 5th day of February, 2010.

               <u>s/WILLIAM E. CASSADY</u>
               **UNITED STATES MAGISTRATE JUDGE**